1  JEFF GRIFFITHS, ESQ.
   GANJOO LAW OFFICE
2  870 MARKET STREET, SUITE 340
   SAN FRANCISCO, CA 94102
3
   TELEPHONE:  (415) 495-3710; (408) 975-0500
4  FAX:        (415) 495-3714; (408) 975-0501



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONIA

In the Matter of:                                )   Civil # 
                                                 )   CA # 9689526
Mahintaj KAMRAVA                                 )
                                                 )
        Plaintiff,                               )   **COMPLAINT FOR A WRIT**
                                                 )
                                                 )   **IN THE NATURE OF MANDAMUS**
Michael Chertoff, Secretary Homeland Security    )
Emilio Gonzales, USCIS Director                  )
David Still, District Director, DHS              )
                                                 )
                                                 )
        Defendants                                )
                                                 )
                                                 )

C 07 3946 BZ

   Plaintiff, by his Attorney, alleges the following complaints against Defendants:

1. Plaintiff is an individual and applicant for Adjustment of Status who resides within the jurisdiction of this Court. Plaintiff's claim to Adjustment arises under 1255 Section 245.

2. Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security. Emilio Gonzalez is the Director of the Bureau of Citizenship and Immigration Service of the DHS and David Still is the District Director of the San Francisco District. Defendants are used herein in their official capacities;

3. Defendants are responsible for processing and granting or denying adjustment of status applications filed within this district pursuant to 28 USC § 1331,1361,1651,2201 and 5 USC § 701;

4. Plaintiff filed her application for adjustment of status in or around October 28, 2003;

5. Plaintiff was fingerprinted three times (December 1, 2003; December 9, 2003, and December 13, 2004);

6. Plaintiff's first interview was scheduled on or about May 13, 2004, at which time additional supporting documents were requested;

7. As requested, Plaintiff, through her Counsel, submitted additional supporting documents on or about June 10, 2004;

8. No decision or action, whatsoever, has been made by Defendants since Plaintiff's last interview ( May 13, 2004) in spite of the fact that this case has long passed Defendants' time guidelines for this type of application;

9. Plaintiff has made numerous attempts, through prior counsel, for status and adjudication of his application but to no avail;

10. Defendants' refusal to act in this case is, as a matter of law, is arbitrary and not in accordance with the law;

11. Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Plaintiff has been deprived his Constitutional rights and privileges afforded to any and all permanent residents.  Furthermore, Plaintiff's claim to U.S. Citizenship has consequently been unjustly delayed, along with all rights and privileges afforded to all United States Citizens;

12. Defendants are in violation of the Administrative Procedures Act, 5 USC § 701 *et seq.*, and are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

Respectfully Submitted,

*[signature]*

Jeff Griffiths, Esq.
Attorney for Plaintiff
July 31, 2007

## CERTIFICATE OF SERVICE

I, Farnoush Saffarpour, herby certify that the foregoing was sent via either first class mail or in person to the following addresses on ~~July~~ Aug 1, 2007:

United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, Room # 161111
San Francisco, CA 94102

Attorney General
950 Pennsylvania Avenue
Washington D.C. 20530

ATTENTION: Processing Clerk
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Department of Homeland Security
630 Sansome Street, Suite# 1080
San Francisco, CA 94111

_____
Farnoush Saffarpour