Ganjoo Law Office
Jeff Griffiths
870 Market Street, # 340
San Francisco, CA 94102    Tel: 415-495-3710    Fax: 415-495-3714

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mahtaj KAMRAVA

Plaintiff(s),

v.

Michael Chertoff, Secretary Homeland
Security, Emilio Gonzales, USCIS Director
David Still, District Director, DHS

Defendant(s).

CASE NO. 07 3946

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeff Griffiths, an active member in good standing of the bar of Indiana Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Mrs. Mahtaj KAMRAVA in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Reem Azzghayer    Tel: 415-834-1270
   350 Sansome Street, Suite # 600  San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/31/2007