UNITED STATES DISTRICT COURT

Northern District of California

**C 07 3946 BZ**

Mahintaj KAMRAVA

CASE NO.

Plaintiff(s),

v.

Michael Chertoff, Secretary Homeland Security, Emilio gonzales, USCIS Director David Still, District Director DHS

Defendant(s).

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

I, Jeff Griffiths, Esq _____, an active member in good standing of the bar of INDIANA SUPREME COURT _____ whose business address and telephone number (particular court to which applicant is admitted) is

Ganjoo Law office
870 Market Street, # 340
San Francisco, CA 94102    Phone: 415-495-3710    Fax: 415-495-3714

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mrs. Mahtaj KAMRAVA

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10 Aug 07

_____
United States Magistrate Judge