1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 MAHINTAJ KAMRAVA                    )
                                       )  No. C 07-3946 BZ
13           Plaintiff,                )
                                       )
14      v.                             )
                                       )  **ANSWER**
15 MICHAEL CHERTOFF, Secretary,        )
   Homeland Security;                  )
16 EMILIO GONZALES, USCIS Director;    )
   DAVID STILL, District Director, DHS,)
17                                     )
             Defendants.               )
18 _____)

19    The Defendants hereby submit their answer to Plaintiff's Complaint for a Writ in the Nature of

20 Mandamus.

21    1. Defendants are without sufficient information to admit or deny Plaintiff's current

22 residence.

23    2. Defendants admit the allegations in Paragraph Two with the exception that Rosemary

24 Melville is the District Director.

25    3. Defendants admit the allegations in Paragraph Three.

26    4. Defendants admit the allegations in Paragraph Four.

27    5. Defendants admit that Plaintiff was fingerprinted on December 9, 2003 and March 3, 2006.

28    6. Defendants admit that additional documents were requested; however, Plaintiff's interview

ANSWER
C 07-3946 BZ

1 | date was on May 12, 2004.

2 |    7. Defendants admit the allegations in Paragraph Seven.

3 |    8. Defendants admit the allegations in Paragraph Eight.

4 |    9. Defendants are without sufficient information to admit or deny the allegations in Paragraph

5 | Nine.

6 |    10. Defendants deny the allegations in Paragraph Ten.

7 |    11. Defendants deny the allegations in Paragraph Eleven.

8 |    12. Defendants deny the allegations in Paragraph Twelve.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Complaint for Writ of Mandamus for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for defendants and against plaintiff, dismissing plaintiff's Complaint with prejudice; that plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 5, 2007              Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                          /s/
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendants

ANSWER
C 07-3946 BZ