1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHINTAJ KAMRAVA, | ) |
| | ) No. C 07-3946 BZ |
| Plaintiff, | ) |
| | ) |
| v. | ) **CONSENT TO PROCEED BEFORE A** |
| | ) **UNITED STATES MAGISTRATE** |
| MICHAEL CHERTOFF, Secretary, | ) **JUDGE** |
| Homeland Security; | ) |
| EMILIO GONZALES, USCIS Director; | ) |
| DAVID STILL, District Director, DHS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

In accordance with the provisions of 28 U.S.C. § 636(c), the Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 25, 2007                Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Consent to Magistrate Jurisdiction
C 07-3946 BZ