1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHINTAJ KAMRAVA, | No. C 07-3946 BZ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, USCIS Director; DAVID STILL, District Director, DHS, | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: October 25, 2007                Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                              /s/
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Stipulation to Dismiss
C 07-3946 BZ                            1

Dated: October 24, 2007  /s/
JEFF GRIFFITHS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
BERNARD ZIMMERMAN
United States Magistrate Judge