SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHINTAJ KAMRAVA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, USCIS Director; DAVID STILL, District Director, DHS, <br><br> Defendants. | No. C 07-3946 BZ <br><br> **STIPULATION TO DISMISS and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

Dated: October 25, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Stipulation to Dismiss
C 07-3946 BZ                                1

1
2  Dated: October 24, 2007                    /s/_____
3                                             JEFF GRIFFITHS
                                              Attorney for Plaintiff
4
5
6                                    **ORDER**
7      Pursuant to stipulation, IT IS SO ORDERED.
8
9  Date:   October 29, 2007                   _____
10                                            BERNARD ZIMMERMAN
                                              United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

Stipulation to Dismiss
C 07-3946 BZ                              2